UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OSCAR TRINIDAD,

    Plaintiff,

  v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C05-5804FDB

ORDER RE NOTICE OF WITHDRAWAL

    This cause of action, which alleges discrimination and violation of the Americans with Disabilities Act against Bethel School District and other entities and persons, was originally filed in Pierce County Superior Court and removed timely to this Court on December 16, 2005. Plaintiff's counsel, Timothy M. Greene, now has filed a notice of withdrawal indicating that there is a substitute counsel, Attorney Robert M. Krinsky. He refers to "notifications dated September 29, 2006," but these notices are not entered on the docket.

    Attorney withdrawals are governed by Local General Rule GR2(g), which provides that no attorney may withdraw without leave of court obtained by filing a motion or a stipulation for withdrawal (with order provided) with certification that the motion was served upon the client and opposing counsel. NOW, THEREFORE,

    IT IS ORDERED: Plaintiff's Counsel Timothy M. Greene shall submit a motion or stipulation in accordance with Local General Rule GR2(g) for the Court's consideration.

    DATED this 4th day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1