1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

OSCAR TRINIDAD,

11          Plaintiff,

12     v.

13   STATE OF WASHINGTON, *et al.*,

14          Defendants.

Case No. C05-5804FDB

ORDER GRANTING MOTION TO
WITHDRAW UPON APPEARANCE
OF SUBSTITUTED COUNSEL

15          Plaintiff having advised previous counsel, Timothy M. Greene, that he has retained other

16   counsel, and substitute counsel Robert M. Krinsky having now appeared in this case on behalf of

17   Plaintiff, the Motion of Timothy M. Greene to withdraw (filed on January 10, 2007 and to be heard

18   no earlier than seven judicial days after filing) as counsel for Plaintiff [Dkt. # 11] is GRANTED.  SO

19   ORDERED.

20          DATED this 24th day of January, 2007.

21

22

23   FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

24

25

26   ORDER - 1