UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OSCAR TRINIDAD, a married man,

　　　　　Plaintiff,

　　　　　v.

STATE OF WASHINGTON, BETHEL SCHOOL DISTRICT; and LAURIE BARCKLEY and "JOHN DOE" BARCKLEY, a marital community; and THOMAS SIEGEL and "JANE DOE" SIEGEL, a marital community; and CLIFF ANDERSON and "JANE DOE" ANDERSON, a marital community; and KIM HANSEN and "JOHN DOE" HANSEN, a marital community; and SUSAN SMITH and "JOHN DOE" SMITH, a marital community; and KENNETH BLAIR and "JANE DOE" BLAIR, a marital community; and JOY COOK and "JOHN DOE" COOK, a marital community; DENNIS TOWNSEND and "JANE DOE" TOWNSEND, a marital community; and BRENDA ROGERS and "JOHN DOE" ROGERS, a marital community,

　　　　　Defendants.

Case No. C05-5804FDB

ORDER GRANTING CONTINUANCE

The parties together request a continuance of this matter and the issuance of a new scheduling order based on the affidavits of counsel in the case. The affidavits reflect that little

ORDER - 1

discovery has been done in this case, other than compliance with the "lay-down" rules, and that Plaintiff's new attorney appeared in January 2007. The parties believe that additional discovery and consideration of witnesses will enhance their understanding of the issues, thus moderating their positions with a view toward possible settlement. The parties indicate that they have dates available in October 2007 or later for trial.

The Court's schedule is such that it could grant a new trial date of Monday, October 29, 2007 without affecting any other previously set trials. ACCORDINGLY,

IT IS ORDERED: The parties motion for a continuance [Dkt. # 14] is GRANTED and a new trial date is set for Monday, October 29, 2007; the Clerk shall issue a new scheduling order accordingly.

DATED this 1st day of March, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2